08 CIV 4001

BLANK ROME, LLP
Attorneys for Plaintiff
CLIPPER BULK ULTRA HANDYMAX POOL, LLC
Jack A. Greenbaum (JG 0039)
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLIPPER BULK ULTRA HANDYMAX POOL, LLC,

        Plaintiff,

-against-

BULK & METAL TRANSPORT (UK) LLP,

        Defendant.

08 Civ.

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff CLIPPER BULK ULTRA HANDYMAX POOL, LLC certifies that, according to information provided to counsel by its clients, CLIPPER BULK ULTRA HANDYMAX POOL, LLC is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
            April 29, 2008

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    CLIPPER BULK ULTRA HANDYMAX
                                    POOL, LLC

                                    By _____
                                        Jack A. Greenbaum (JG 0039)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY  10174-0208
                                    (212) 885-5000