# BLANK ROME LLP
COUNSELORS AT LAW

*Phone:* (212) 885-5284
*Fax:* (917) 332-3834
*Email:* JGreenbaum@BlankRome.com

RECEIVED
JUN 13 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

June 12, 2008

**BY HAND DELIVERY**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Re: Clipper Bulk Ultra Handymax Pool, LLC v.
Bulk & Metal Transport (UK) LLP
Docket No: S.D.N.Y. No. 08 Civ. 4001 (WHP)
Our File No. 129631-00601

Dear Judge Pauley:

*Application granted. The parties shall provide a status report to this Court by September 26, 2008.*

*SO ORDERED:*

*William H. Pauley III U.S.D.J.*
*6/17/2008*

We represent the Plaintiff in this maritime attachment matter, and write to request an adjournment of the initial pretrial conference scheduled on June 26, 2008.

We have restrained funds in the full amount of our client's claim. The merits of the claim are in arbitration in London. In fact, the arbitrators rendered a partial award last month, which the defendant said it will appeal. There remain some additional issues to be decided in the arbitration.

It is respectfully submitted that, since the merits are actively in arbitration in London, there would be no purpose served in conducting a pretrial conference.

Thank you for your attention.

Very truly yours

Jack A. Greenbaum

JAG/aea