UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
:
CLIPPER BULK ULTRA HANDYMAX
POOL, L.L.C.,                                   :

        Plaintiff,              :         08 Civ. 4001 (WHP)

    -against-                        :         ORDER

BULK METAL TRANSPORT                :
(UK) L.L.P.,
                               :
        Defendant.
                               :
-----------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the Plaintiff appeared for a Conference on April 3, 2009 and informed the Court that the purposes of this action have been achieved. Accordingly, this Court orders that this Case is closed subject to the parties' letter request to reopen. The Court shall retain jurisdiction over the attached funds. The Clerk of the Court shall terminate all pending motions and mark this case as closed. The Court's prior Order, dated April 3, 2009 (Docket No. 9), is rescinded.

Dated: April 7, 2009
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                            U.S.D.J.

*Counsel of Record:*

Jack A. Greenbaum, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
*Counsel for Plaintiff*