BLANK ROME, LLP
Attorneys for Plaintiff
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIPPER BULK ULTRA HANDYMAX POOL, LLC<br>Plaintiff,<br>-against-<br>BULK & METAL TRANSPORT (UK) LLP<br>Defendant. | Civ. 08 Civ. 4001 (WHP)<br><br>**ORDER DIRECTING GARNISHEE TO TURN OVER FUNDS TO REGISTRY OF COURT AND FOR PLACING THOSE FUNDS INTO CRIS** |

WHEREAS Garnishee Bank of New York previously restrained the sum of $297,951 pursuant to Process of Maritime Attachment and Garnishment in this matter;

WHEREAS Defendant has made no appearance in this action; and

IT IS HEREBY ORDERED:

1. Garnishee Bank of New York, be, and hereby is, directed to turn over said sum of $297,951 by means of its bank check in that amount payable to the Clerk of Court, United States District Court for the Southern District of New York, and shall promptly deliver said check in that amount to Plaintiff's counsel at the address below.

2. Upon receipt of said check, Plaintiff's counsel shall deliver it to the Clerk of the Court for deposit into the Registry of the Court of the Southern District of New York.

1

129631.00601/6731439v.1

3. In the event Garnishee Bank of New York is precluded from issuing checks for funds it received by wire transfer, it will wire the aforesaid sum to Routing No. 021030004, Court's number 4654 and shall insert the Docket No. 08 Civ. 4001 in the remarks of the wire transfer.

4. Upon receipt of the funds, the Clerk of the Court, as soon as the business of his office allows, shall prepare the necessary forms to effectuate the transfer of said funds from the Registry of the Court of the Southern District of New York, to the Registry of the Court of the Southern District of Texas, for the purpose of placing said funds in the Court Registry Investment System, Interest Bearing Account.

5. The Clerk shall deduct from the income earned on the investment a fee not exceeding that authorized by the Judicial Conference of the United States and set by the Director of Administrative Office, whenever such income becomes available for deduction from the investment so held and without further order of this Court.

6. In all other respects the funds, including all interest earned thereon up to and including the date of withdrawal, shall be held pending further order of this Court.

7. Plaintiff's counsel shall serve a signed copy of this order upon the Clerk of the Court in Room 120, and on a Financial Deputy in the Cashier's Office in Room 120 at the time it presents the check or the funds are wired to the Clerk pursuant to Paragraphs 2 or 3 above. *The Court's prior order, dated April 3, 2009, (docket No. 10) is rescinded.*

Dated: April 7, 2009
New York, New York

United States District Judge
William H. Pauley III

2

ENTRY OF THE ABOVE ORDER IS CONSENTED TO:

BLANK ROME LLP
Attorneys for Plaintiff
CLIPPER BULK ULTRA HANDYMAX POOL, LLC

By _____
         Jack A. Greenbaum (JG-0039)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
Tel.:  (212) 885-5000